IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02439-EWN-PAC

GRANT ROGERS,

    Plaintiff,

v.

MORGAN STANLEY & COMPANY, INCORPORATED;
BRUCE KRAFT; and
GILBERT "BILLY" HARRISON, Individually,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter having come before the Court upon Stipulation of the parties, Plaintiff Grant Rogers and Defendants Morgan Stanley & Company, Incorporated ("Morgan Stanley"), Bruce Kraft and Gilbert "Billy" Harrison, for the dismissal with prejudice of the above-entitled matter, and the Court being fully advised in the premises, hereby

ORDERS that the above-referenced matter is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED this 8th day of November, 2005.

                                  BY THE COURT

                                  s/ Edward W. Nottingham
                                  Edward W. Nottingham
                                  United States District Judge